UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MITCHELL LEVINE and ERIE MANAGEMENT
PARTNERS, LLC,
                       Appellants,

                22 civ 606 (JGK)

     -against-

COOPERATIVE ROBOBANK, U.A. et al.,
                       Appellees,
------------------------------------------------------------X
JOHN G. KOELTL, DISTRICT JUDGE:

      A bankruptcy appeal in this action has been filed with the Court.

      It is hereby ordered that:

      1) The appellant shall serve and file a brief with any supporting papers by **February 22, 2022.**

      2) Response(s) to the appellant's brief shall be served and filed by **March 15, 2022.**

      3) Any replies to the response(s) shall be served and filed by **March 29, 2022.**

      The Court will contact the parties shortly thereafter for oral argument.

**SO ORDERED.**

                                                      _____
                                                      **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         January 25, 2022