UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MITCHELL LEVINE, ET AL.,

        Appellants,

- against -

COPERATIEVE RABOBANK U.A., ET AL.,

        Appellees.

22-cv-606 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The appellees may respond to the appellants' motion to strike (ECF No. 25) by October 28, 2022. The appellants may reply by November 4, 2022.

SO ORDERED.

Dated:    New York, New York
           October 18, 2022

                              John G. Koeltl
                        United States District Judge