UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MITCHELL LEVINE, ET AL.,

            Appellants,

- against -

COPERATIEVE RABOBANK U.A., ET AL.,

            Appellees.

22-cv-606 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The appellants are directed to submit courtesy copies of all papers filed in connection with the fully briefed motion to strike. ECF No. 25.

SO ORDERED.

Dated:    New York, New York
            November 7, 2022

                                        John G. Koeltl
                                      United States District Judge