**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE: MIAMI METALS I, INC.                          22 CIVIL 606 (JGK)

## JUDGMENT

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated February 27, 2023, the Court has considered all of the parties' arguments. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the order and judgment of the bankruptcy court are affirmed; accordingly, the case is closed.

**Dated:** New York, New York
February 28, 2023

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY: *K. Mango*
_____
**Deputy Clerk**